IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLEKSIS BIIN TUTORA, | : |
| Petitioner, | : CIVIL ACTION NO. 16-mc-195 |
| v. | : |
| U.S. ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA, | : |
| Respondent. | : |

## ORDER

**AND NOW**, this 16th day of May, 2017, after considering (1) the motion to dismiss filed by the respondent, the U.S. Attorney General for the Eastern District of Pennsylvania (Doc. No. 10), (2) the expatriation petition filed by the *pro se* petitioner, Toleksis Biin Tutora (Doc. No. 1), and (3) the "motion for default judgment" and the "motion sustaining default motion" filed by the petitioner (Doc. Nos. 11-12); and for the reasons set forth in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The motion to dismiss (Doc. No. 10) is **GRANTED** and the expatriation petition (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

2. The "motion for a default judgment" (Doc. No. 11) is **DENIED**;

3. The "motion sustaining default motion" (Doc. No. 12) is **DENIED**; and

4. The Clerk of Court shall mark this action as **CLOSED**.

BY THE COURT:



EDWARD G. SMITH, J.